■ IN THE MATTER OF ROADWAY EXPRESS, INC., Appellant, v COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF LABOR, Respondent. — Order and judgment (one paper), Supreme Court, New York County (Alfred Ascione, J.), entered on or about December 12, 1983, unanimously affirmed for the reasons stated by Alfred Ascione, J., at Special Term, without costs and without disbursements. Concur — Asch, J. P., Bloom, Fein and Kassal, JJ.

■ CWC CONSTRUCTION CORPORATION, Respondent, v JEWISH ASSOCIATION FOR SERVICES FOR THE AGED, Appellant. — Judgment, Supreme Court, New York County (Ira Gammerman, J.), entered on March 13, 1984, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on March 6, 1984 is unanimously dismissed as having been subsumed in the appeal from the aforesaid judgment, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Asch, Bloom and Fein, JJ.